FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

Wilcher  24000005177794
(Last Name)   (Identification Number)

Tracy   Vondrake
(First Name)   (Middle Name)

Pike County Jail
(Institution)

2109 Jessie Hall Mem RD
(Address) Magnolia MS 39652

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 15 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

V.   CIVIL ACTION NUMBER: 5:24-CV-68-DCB-BWR
(to be completed by the Court)

Pike County Jail

Judge Conerly

Deputy Pette Peter J Griffin

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes (X)   No ( )

B. Are you presently incarcerated?
Yes (X)   No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( )   No (X)

D. Are you presently incarcerated for a parole or probation violation?
Yes ( )   No (X)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( )   No (X)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( )   No (X)

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Tracy Wilcher           Prisoner Number: N/A

Address: 2109 Jessie Hall Mem. RD.
Magnolia MS

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Pike County Jail, Judge Conerly & Peter J Griffin, is employed as (1) Judge
(2) Deputy Sheriff at Pike County Jail

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Tracy Wilcher           ADDRESS: 2109 Jessie Hall Mem RD

DEFENDANT(S):

NAME:                         ADDRESS:
Judge Conerly                 2109 Jessie Hall Mem RD
Peter Griffin                 2109 Jessie Hall Mem RD
Pike County Jail              2109 Jessie Hall Mem RD

Page 2 of 4

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States?   Yes ( )   No (X)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: __N/A__

2. Court (if federal court, name the district; if state court, name the county): ____

3. Docket Number: ____

4. Name of judge to whom case was assigned: ____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) ____

CASE NUMBER 2.
1. Parties to the action: __N/A__

2. Court (if federal court, name the district; if state court, name the county): ____

3. Docket Number: ____

4. Name of judge to whom case was assigned: ____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) ____

Page 3 of 4

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

Deputy Peter J. Griffin the arresting officer for not Presenting alledge drug in my presence and not following proper Procedure Judge Conerly for not asking deputy why he didn't follow Protocol and for binding me over to the Grand Jury for the amount the deputy said I had I haven't Seen any drug till this day and I didn't have any on me at all. He Said ⟶ over

**RELIEF**

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

I want charges dropped and dismissed and compensation for the time I've been locked up

Signed this _10_ day of _July_, 20_24_.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_Tracy Wilson_
Signature of plaintiff

Page 4 of 4

That white boy
Searched my bag and found the drug I didn't have any drugs. If I would have why he didn't show me or do a feild test I feel like he sterotyped me from the beging